IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 21- |
| DAVID PUNTURIERI | : |

ORDER FOR BENCH WARRANT

AND NOW, this 28th day of October, 2021, on motion of Jennifer Arbittier Williams, Acting United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

s/ Honorable David R. Strawbridge
HONORABLE DAVID R. STRAWBRIDGE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 21- |
| DAVID PUNTURIERI | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 28th day of October, 2021, Jennifer Arbittier Williams, Acting United States Attorney for the Eastern District of Pennsylvania, and David J. Ignall and Paul G. Shapiro, Assistant United States Attorneys, move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


s/ David J. Ignall
David J. Ignall
Paul G. Shapiro
Assistant United States Attorneys