

U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

*David J. Ignall*
*Direct Dial: (215) 861-8687*
*Facsimile: (215) 861- 8618*
*E-mail Address:  david.j.ignall@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

November 3, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Joseph Cammarata, et al.</u>, Criminal No. 21-427

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on October 28, 2021.

    Very truly yours,

    JENNIFER ARBITTIER WILLIAMS
    Acting United States Attorney

    /s/ David J. Ignall
    David J. Ignall
    Assistant United States Attorney